RICHARD B. MCGLYNN, INDIVIDUALLY AND THE COMMITTEE TO ELECT RICHARD B. MCGLYNN GOVERNOR v. NEW JERSEY PUBLIC BROADCASTING AUTHORITY, NEW JERSEY NIGHTLY NEWS AND WNET CHANNEL 13 TELEVISION.

May 27, 1981.

ORDERED that the judgment of the Appellate Division as to New Jersey Public Broadcasting Authority and New Jersey Nightly News is summarily affirmed; and it is further ORDERED that the judgment of the Appellate Division as to WNET Channel 13 Television is summarily reversed and the proceedings dismissed as to that defendant.

AD HOC COALITION TO WRITE–IN JOHN DOE FOR MAYOR.

May 29, 1981.

Petition for certification denied.

JEROME MASSEY v. HOUSING AUTHORITY OF THE CITY OF NEWARK.

June 3, 1981.

Petition for certification denied.

WILLIAM TEXTER v. DEPARTMENT OF HUMAN SERVICES.

June 3, 1981.

Cross-petition for certification granted.